UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:　　　　　　　　　　　　　　　　　　　　　　　　Case No. 10 B 47019
　　Gwendolyn Alford
　　Earnest Shannon Jr
　　　　　　Debtor(s)

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

　　Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

　　1)　The case was filed on 10/20/2010.

　　2)　The plan was confirmed on 02/07/2011.

　　3)　The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on  NA .

　　4)　The trustee filed action to remedy default by the debtor in performance under the plan on  NA .

　　5)　The case was Dismissed on 11/27/2013.

　　6)　Number of months from filing to last payment: 37.

　　7)　Number of months case was pending: 40.

　　8)　Total value of assets abandoned by court order:  NA .

　　9)　Total value of assets exempted:  NA .

　　10)　Amount of unsecured claims discharged without payment: $0.00.

　　11)　All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

### Receipts:

| | |
|---|---|
| Total paid by or on behalf of the debtor | $9,423.44 |
| Less amount refunded to debtor | $394.57 |

**NET RECEIPTS:** **$9,028.87**

### Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $3,260.52 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $400.32 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** **$3,660.84**

Attorney fees paid and disclosed by debtor:    $0.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Allied Interstate | Unsecured | 519.00 | NA | NA | 0.00 | 0.00 |
| Allied Interstate | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| American Collections & Credit | Unsecured | 119.00 | NA | NA | 0.00 | 0.00 |
| American Collections & Credit | Unsecured | 1,758.00 | NA | NA | 0.00 | 0.00 |
| American InfoSource LP | Unsecured | NA | 739.64 | 739.64 | 42.30 | 0.00 |
| Americas Financial Choice Inc | Unsecured | 2,300.00 | NA | NA | 0.00 | 0.00 |
| Arrow Financial Services | Unsecured | 817.00 | NA | NA | 0.00 | 0.00 |
| Asset Acceptance | Unsecured | 1,926.00 | 1,341.23 | 1,341.23 | 76.70 | 0.00 |
| Asset Acceptance | Unsecured | 150.00 | 141.26 | 141.26 | 6.06 | 0.00 |
| Asset Acceptance | Unsecured | NA | 150.66 | 150.66 | 6.46 | 0.00 |
| Capio Partners | Unsecured | 240.00 | NA | NA | 0.00 | 0.00 |
| Capital One | Unsecured | 2,200.00 | NA | NA | 0.00 | 0.00 |
| Card Protection Association | Unsecured | 140.00 | NA | NA | 0.00 | 0.00 |
| Cavalry Portfolio Services | Unsecured | 377.00 | NA | NA | 0.00 | 0.00 |
| CBCS | Unsecured | 267.00 | NA | NA | 0.00 | 0.00 |
| City Of Chicago Dept Of Revenue | Unsecured | 4,447.20 | 9,259.20 | 9,259.20 | 529.56 | 0.00 |
| Creditors Discount & Audit Co | Unsecured | 207.00 | NA | NA | 0.00 | 0.00 |
| Creditors Discount & Audit Co | Unsecured | 286.00 | NA | NA | 0.00 | 0.00 |
| Dependon Collection Service | Unsecured | 414.00 | NA | NA | 0.00 | 0.00 |
| Dependon Collection Service | Unsecured | 368.00 | NA | NA | 0.00 | 0.00 |
| Enhanced Recovery | Unsecured | 341.00 | NA | NA | 0.00 | 0.00 |
| Envision | Unsecured | 530.00 | 2,435.19 | 2,435.19 | 139.28 | 0.00 |
| Ffcc Columbus Inc | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| HSBC Taxpayer Financial Services | Unsecured | 2,912.00 | NA | NA | 0.00 | 0.00 |
| I C Systems Inc | Unsecured | 887.00 | NA | NA | 0.00 | 0.00 |
| Illinois Bell Telephone Company | Unsecured | 388.00 | 1,443.69 | 1,443.69 | 82.56 | 0.00 |
| Internal Revenue Service | Unsecured | NA | 635.45 | 635.45 | 0.00 | 0.00 |
| Internal Revenue Service | Priority | 3,800.00 | 4,107.83 | 4,107.83 | 4,107.83 | 0.00 |
| Internal Revenue Service | Priority | 1,100.00 | NA | NA | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 860.00 | 746.11 | 746.11 | 42.67 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | NA | 860.74 | 860.74 | 49.23 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Midland Credit Management | Unsecured | 990.00 | 1,099.70 | 1,099.70 | 62.90 | 0.00 |
| Midland Credit Management | Unsecured | 540.00 | 548.69 | 548.69 | 31.38 | 0.00 |
| Midland Credit Management | Unsecured | 989.00 | 989.75 | 989.75 | 56.60 | 0.00 |
| Midland Funding LLC | Unsecured | NA | 238.52 | 238.52 | 10.23 | 0.00 |
| NCO Financial Services Inc | Unsecured | 256.00 | NA | NA | 0.00 | 0.00 |
| Pinnacle Credit Services | Unsecured | 1,333.00 | NA | NA | 0.00 | 0.00 |
| Pinnacle Credit Services | Unsecured | 378.00 | NA | NA | 0.00 | 0.00 |
| Pinnacle Credit Services | Unsecured | 446.00 | NA | NA | 0.00 | 0.00 |
| Professional Account Management | Unsecured | 386.00 | NA | NA | 0.00 | 0.00 |
| Professional Debt Mediation | Unsecured | 800.00 | NA | NA | 0.00 | 0.00 |
| Resurgent Capital Services | Unsecured | 1,985.00 | 1,985.03 | 1,985.03 | 113.53 | 0.00 |
| Resurgent Capital Services | Unsecured | 334.00 | 250.48 | 250.48 | 10.74 | 0.00 |
| Salute Visa | Unsecured | 506.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$0.00** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $4,107.83 | $4,107.83 | $0.00 |
| **TOTAL PRIORITY:** | **$4,107.83** | **$4,107.83** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$22,865.34** | **$1,260.20** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $3,660.84 |
| Disbursements to Creditors | $5,368.03 |
| **TOTAL DISBURSEMENTS :** | **$9,028.87** |

UST Form 101-13-FR-S (9/1/2009)

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 02/07/2014                              By: /s/ Marilyn O. Marshall
                                                             Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**